UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 17, 2018

The court has received your initiating documents for case #2:18−cv−00055 *LE, ET AL* and has identified the deficiencies listed below.**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Multiple Errors:**
Due to the number of errors made during the case opening process, it is imperative that the filer review the case opening instructions prior to opening another case in this court. Full instructions may be found here: Attorneys Guide to Opening a Civil Case .

In accordance with the requirements outlined in LCR 3(a), and LCR 7.1(a), the following documents were omitted, and should be filed as soon as possible. Please note: If required, Copyright/Patent/Trademark forms are not to be electronically filed. Forms should instead be emailed to the proper jurisdictional court. For Seattle cases, please email to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email to newcases.tacoma@wawd.uscourts.gov .

    Civil Cover Sheet

**Additional Notes:** Defendants were not added during case opening, addresses were entered for plaintiffs, no party text was added and the Civil Cover Sheet was not filed. Please review the Case Opening instructions for future filings. Thank you.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file