UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, et al.,

                Plaintiffs,

    v.

JOHN URQUHART, et al.,

                Defendants.

C18-55 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 12, the Court SETS a scheduling conference for April 12, 2018, at 9:30 a.m.

(2)    As indicated in the Joint Status Report, the first-named defendant should be John Urquhart, not John Urquart, and the Court hereby DIRECTS the Clerk to modify the docket accordingly. All future filings shall contain the correct spelling of the former King County Sheriff's name.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1