UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, et al.,

    Plaintiffs,

v.

JOHN URQUHART, et al.,

    Defendants.

C18-55 TSZ

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES AND DEADLINES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 12, and having conducted a scheduling conference in which all parties participated, the Court SETS the following dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE** | **June 3, 2019** |
| Length of Trial | 1 to 2 weeks |
| Deadline for joining additional parties | May 11, 2018 |
| Deadline for amending pleadings | August 3, 2018 |
| Deadline for disclosing the names of experts and the topics on which they will opine | September 7, 2018 |
| Disclosure of expert reports pursuant to FRCP 26(a)(2) | November 12, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (*see* LCR 7(d)(3)) | January 3, 2019 |

MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES AND DEADLINES - 1

| | | |
|---|---|---|
| Discovery completed by | | February 11, 2019 |
| Mediation deadline | | March 11, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | | March 14, 2019 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | | May 2, 2019 |
| Agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions due | | May 17, 2019 |
| Pretrial Conference to be held at 2:00 p.m. on | | May 24, 2019 |

(2) All other dates and deadlines are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

(3) As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, as well as the agreed and disputed proposed jury instructions as indicated in LCR 51.

(4) The original and one copy of the trial exhibits are to be delivered to the courtroom on the Friday before trial. Counsel shall make the necessary arrangements with Gail Glass at (206) 370-8522. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit. For example, if plaintiffs' last exhibit is numbered 159, then defendants' exhibits shall begin with the number 200. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

(5) Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

1    (6)    If this case settles, counsel shall notify Karen Dews at (206) 370-8830 as soon as possible.

2    (7)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2018.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES AND DEADLINES - 3