Judge Thomas S. Zilly
Jury Trial Date: June 3, 2019

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, INDIVIDUALLY, and as the Court appointed PERSONAL REPRESENTATIVE OF THE ESTATE OF TOMMY LE, HOAI "SUNNY" LE, Tommy Le's Father, DIEU HO, Tommy Le's Mother, UYEN LE and BAO XUYEN LE, Tommy Le's Aunts, KIM TUYET LE, Tommy Le's Grandmother, and QUOC NGUYEN, TAM NGUYEN, DUNG NGUYEN, JULIA NGUYEN AND JEFFERSON NGUYEN, Tommy Le's Siblings,

     Plaintiffs,

v.

JOHN URQUHART, the former KING COUNTY SHERIFF, MARTIN LUTHER KING JR. COUNTY as sub-division of the STATE of WASHINGTON, KING COUNTY SHERIFF'S OFFICE, and KING COUNTY DEPUTY SHERIFF CESAR MOLINA.

     Defendants.

NO. 2:cv-18-00055 TSZ

**STIPULATION AND ORDER TO AMEND COMPLAINT**

**STIPULATION AND ORDER TO AMEND COMPLAINT** – 1
NO. 2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
Market Place Tower
1201 Third Avenue
Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

**STIPULATION**

The undersigned counsel for the above-named Plaintiffs and Defendants to this action request the Court to confirm and order the following stipulation:

1. That Plaintiffs may amend their complaint to conform to the attached Exhibit A: PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983) AND UNDER WASHINGTON STATE LAW: TORTS OF WRONGFUL DEATH (RCW 4.20.020) & SURVIVAL ACTION (RCW 4.20.0600, NEGLIGENCE, NEGLIGENT TRAINING AND TORT OF AND OUTRAGE (Second Amended Complaint).

2. That the Second Amended Complaint removes as parties John Urquhart, Dow Constantine, and the King County Sheriff's Office.

3. That Cesar Molina's name is corrected from "Caesar" to its proper form "Cesar."

4. That paragraph 52 of the Second Amended Complaint adds the words: "(for example a physical take down)".

5. The word "decent" is replaced with the correct word "descent" in paragraph 92.

6. The word "plaintiff" is added to paragraph 110 for clarity.

7. The words "loss of the respect of the Vietnamese community, and extreme shame from these alleged actions of an armed Tommy Le" are added to paragraph 111.

8. Paragraph 119 is deleted leaving a place holder "X" to maintain the same numbering sequence of following paragraphs.

9. New paragraphs 125 and 126 are added by Plaintiffs regarding the allegations of "shame," and "loss of honor."

**STIPULATION AND ORDER TO AMEND COMPLAINT** – 2
NO. 2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
Market Place Tower
1201 Third Avenue
Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

10. The words "all material times hereto" replaces the phrase "the time of shooting of Tommy Le" in paragraph 128.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 22nd day of May, 2018.

By: *s/* Philip G. Arnold_____
   Philip G. Arnold, WSBA No. 2675
   CAMPICHE ARNOLD PLLC
   Attorneys for Plaintiffs
   1201 Third Avenue, Suite 3810
   Seattle, WA 98104
   206.281.9000
   Emails:
   jcampiche@campichearnold.com
   parnold@campichearnold.com
   ltran@campichearnold.com
   jhackler@campichearnold.com
   lharris@campichearnold.com
   slandholm@campichearnold.com

DATED this 22nd day of May, 2018.

By: *s/* Richard Anderson_____
   Richard Anderson, WSBA No. 25115
   Senior Deputy Prosecuting Attorney
   King County Prosecuting Attorney's Office
   Attorneys for King County
   500 Fourth Avenue, 9th Floor
   Seattle, WA 98104
   206.296.8829
   Emails:
   rich.anderson@kingcounty.gov
   nadia.rizk@kingcounty.gov
   angela.lindsey@kingcounty.gov

**STIPULATION AND ORDER TO AMEND COMPLAINT – 3**
NO. 2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
Market Place Tower
1201 Third Avenue
Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

DATED this 22nd day of May, 2018.

By: *s/* Timothy Gosselin
Timothy R. Gosselin
Gosselin Law Office, PLLC
Attorney for Officer Cesar Molina
1901 Jefferson Avenue, Suite 304
Tacoma, WA 98402
253.627.0684
Email: tim@gosselinlawoffice.com

## ORDER

Pursuant to the stipulation of the parties, docket no. 25, Plaintiffs are granted leave to amend their complaint. Plaintiffs shall electronically file their Second Amended Complaint within seven (7) days of the date of this Order.

IT IS SO ORDERED.

Dated this 29th day of May, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO AMEND
COMPLAINT – 4
NO. 2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
Market Place Tower
1201 Third Avenue
Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111