UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN LUTHER KING JR. COUNTY, et al., <br><br> Defendants. | C18-55 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 37, is GRANTED as follows:

    (a) The deadline for expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from November 12, 2018, to December 12, 2018; and

    (b) Plaintiffs' fourth cause of action for Reckless or Negligent Infliction of Emotional Distress is DISMISSED with prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1