# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BAO XUYEN LE, et al.,

    Plaintiffs,

v.

MARTIN LUTHER KING JR. COUNTY, et al.,

    Defendants.

C18-55 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant King County's motion to continue the trial date and related dates and deadlines, docket no. 47, is GRANTED in part and DEFERRED in part, as follows:

    (a) The deadline for completing discovery is EXTENDED from February 11, 2019, to March 14, 2019.

    (b) All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates and Deadlines, docket no. 24, shall remain in full force and effect pending further order of the Court.

    (c) Defendant King County's reply brief in support of its motion for continuance remains due on February 8, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2019.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1