The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, INDIVIDUALLY, and as the Court appointed PERSONAL REPRESENTATIVE OF THE ESTATE OF TOMMY LE, HOAI "SUNNY" LE, Tommy Le's Father, DIEU HO, Tommy Le's Mother, UYEN LE and BAO XUYEN LE, Tommy Le's Aunts, KIM TUYET LE, Tommy Le's Grandmother, and QUOC NGUYEN, TAM NGUYEN, DUNG NGUYEN, JULIA NGUYEN AND JEFFERSON NGUYEN, Tommy Le's Siblings,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN LUTHER KING JR. COUNTY as a sub-division of the STATE of WASHINGTON, and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>Defendants. | No. 2:18-CV-00055-TSZ<br><br>STIPULATION AND ORDER DISMISSING PLAINTIFFS' CAUSE OF ACTION FOR NEGLIGENT SELECTION, TRAINING, AND SUPERVISION <u>ONLY</u> |

## **STIPULATION**

IT IS HEREBY STIPULATED between plaintiffs and defendants King County and Deputy Cesar Molina, parties to the above-entitled action, that plaintiffs' cause of

STIPULATION AND ORDER DISMISSING
PLAINTIFFS' CAUSE OF ACTION FOR
NEGLIGENT SELECTION, TRAINING AND
SUPERVISION ONLY [18-cv-00055-TSZ] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

action for negligent selection, training, and supervision <u>only</u> be dismissed with prejudice.

DATED this 22nd day of February, 2019.

| | |
|---|---|
| CAMPICHE ARNOLD, PLLC | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney |
| By: *Philip G. Arnold*<br>JEFFREY CAMPICHE, WSBA #7592<br>PHILIP G. ARNOLD, WSBA #2675<br>Attorney for Plaintiffs | By: *Dan Kinerk*<br>KATHY VAN OLT, WSBA #21186<br>DANIEL L. KINERK, WSBA #13537<br>Attorney for Defendants |

GOSSELIN LAW OFFICE, PLLC

By: *Timothy Gosselin*
TIMOTHY GOSSELIN, WSBA #13730
Attorney for Co-Defendant

## **ORDER**

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

DATED this 26th day of February, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER DISMISSING
PLAINTIFFS' CAUSE OF ACTION FOR
NEGLIGENT SELECTION, TRAINING AND
SUPERVISION ONLY [18-cv-00055-TSZ] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: *Dan Kinerk*_____
KATHY VAN OLST, WSBA #21186
DANIEL L. KINERK, WSBA #13537
Attorney for Defendants


Copy received; approved as to form;
Notice of Presentation waived:

CAMPICHE ARNOLD, PLLC


By: *Philip G. Arnold*_____
JEFFREY CAMPICHE, WSBA #7592
PHILIP G. ARNOLD, WSBA #2675
Attorney for Plaintiffs

GOSSELIN LAW OFFICE, PLLC


By: *Timothy Gosselin*_____
TIMOTHY GOSSELIN, WSBA #13730
Attorney for Co-Defendant

STIPULATION AND ORDER DISMISSING
PLAINTIFFS' CAUSE OF ACTION FOR
NEGLIGENT SELECTION, TRAINING AND
SUPERVISION ONLY [18-cv-00055-TSZ] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819