Judge Thomas Zilly
Trial Date: 06-03-19

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, INDIVIDUALLY, and as the Court appointed PERSONAL REPRESENTATIVE OF THE ESTATE OF TOMMY LE, HOAI "SUNNY" LE, Tommy Le's Father, DIEU HO, Tommy Le's Mother, UYEN LE and BAO XUYEN LE, Tommy Le's Aunts, KIM TUYET LE, Tommy Le's Grandmother, and QUOC NGUYEN, TAM NGUYEN, DUNG NGUYEN, JULIA NGUYEN AND JEFFERSON NGUYEN, Tommy Le's Siblings,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN LUTHER KING JR. COUNTY as sub-division of the STATE of WASHINGTON, and KING COUNTY DEPUTY SHERIFF CESAR MOLINA.<br><br>Defendants. | NO.  2:cv-18-00055<br><br>**STIPULATION AND ORDER TO NONSUIT PLAINTIFF JULIA NGUYEN, CORRECT JEFFERSON NGUYEN'S NAME, AND CHANGE CASE CAPTION** |

## STIPULATION

IT IS HEREBY STIPULATED between the Plaintiffs, Defendant Molina, and Defendant King County, parties to the above-entitled action, by and through their respective attorneys of record, to the following:

**STIPULATION AND ORDER TO NONSUIT PLAINTIFF JULIA NGUYEN, CORRECT JEFFERSON NGUYEN'S NAME, AND CHANGE CASE CAPTION -1**

NO.  2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

1. Nonsuit of Plaintiff Julia Nguyen, whose correct name is Julia Lu.

2. Correction of Plaintiff Jefferson Nguyen's name to Jefferson Ho his proper name and to

3. Change the case caption from:

> BAO XUYEN LE, INDIVIDUALLY, and as the Court appointed PERSONAL REPRESENTATIVE OF THE ESTATE OF TOMMY LE, HOAI "SUNNY" LE, Tommy Le's Father, DIEU HO, Tommy Le's Mother, UYEN LE and BAO XUYEN LE, Tommy Le's Aunts, KIM TUYET LE, Tommy Le's Grandmother, and QUOC NGUYEN, TAM NGUYEN, DUNG NGUYEN, JULIA NGUYEN AND JEFFERSON NGUYEN, Tommy Le's Siblings,

To read as follows:

> BAO XUYEN LE, INDIVIDUALLY, and as the Court appointed PERSONAL REPRESENTATIVE OF THE ESTATE OF TOMMY LE, HOAI "SUNNY" LE, Tommy Le's Father, DIEU HO, Tommy Le's Mother, UYEN LE and BAO XUYEN LE, Tommy Le's Aunts, KIM TUYET LE, Tommy Le's Grandmother, and QUOC NGUYEN, TAM NGUYEN, DUNG NGUYEN, and JEFFERSON HO, Tommy Le's Siblings,

This change removes the decedent's sister who lives in a different state and no longer wishes to be in this lawsuit, and corrects the name of Jefferson Nguyen, the decedent's brother, to Jefferson Ho.

**WHEREFORE,** Parties stipulate for the entry of the Order.

**DATED** this 12th day of March, 2019

|  |  |
|---|---|
|  | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney |
| By: s/Philip G. Arnold<br>PHILIP ARNOLD, WSBA #2675<br>Attorney for the Plaintiffs | By: s/ Dan Kinerk<br>DANIEL KINERK, WSBA #13537<br>KATHY VAN OLST, WSBA #21186<br>Attorneys for Defendant King County |
| By: s/Tim Gosselin<br>TIM GOSSELIN, WSBA, #13730<br>Attorney for Defendant Deputy Molina |  |

**STIPULATION AND ORDER TO NONSUIT PLAINTIFF JULIA NGUYEN, CORRECT JEFFERSON NGUYEN'S NAME, AND CHANGE CASE CAPTION -2**

NO. 2:cv-18-00055

CAMPICHE ARNOLD, PLLC
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

## ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby,

ORDERED that the non-suit of Julia Nguyen, whose proper name is Julia Lu, the change of name of Jefferson Nguyen to Jefferson Ho, and the caption changes are APPROVED.

Dated this 21st day of March, 2019.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: s/Philip G. Arnold
PHILIP ARNOLD, WSBA #2675
Attorney for the Plaintiffs

By: s/ Dan Kinerk
DANIEL KINERK, WSBA #13537
KATHY VAN OLST, WSBA #21186
Attorneys for Defendant King County

Notice of Presentation Waived;
Agreed Order; Approved for
Entry:

By: s/ Tim Gosselin
TIM GOSSELIN, WSBA, #13730
Attorney for Defendant Deputy Molina

**STIPULATION AND ORDER TO NONSUIT PLAINTIFF JULIA NGUYEN, CORRECT JEFFERSON NGUYEN'S NAME, AND CHANGE CASE CAPTION -3**

NO. 2:cv-18-00055

**CAMPICHE ARNOLD, PLLC**
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111