UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, et al.

Plaintiffs,

v.

REVEREND DR. MARTIN LUTHER KING, JR. COUNTY, et al.,

Defendants.

C18-55 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant King County's motion for leave to file an overlength (100-page) brief, docket no. 149, is GRANTED in part and DENIED in part as follows. King County may file one brief relating to all motions in limine that shall not exceed thirty (30) pages in length. Defendant King County Deputy Sheriff Cesar Molina's brief concerning any separate motions in limine shall not exceed eighteen (18) pages in length. Plaintiffs' consolidated response to King County's and Deputy Molina's motions in limine shall not exceed forty-eight (48) pages in length. No reply briefs shall be filed unless requested by the Court. The deadline for filing all motions relating to expert testimony has already expired, and the Court will not consider any motion in limine by either King County or Deputy Molina to preclude or limit the testimony of plaintiffs' expert witnesses.

(2) Plaintiffs' brief in support of their motions in limine shall not exceed eighteen (18) pages in length. King County and Deputy Molina may apportion among themselves in any manner that they wish the eighteen (18) pages for their response to plaintiffs' motions in limine; they may file one joint response not to exceed eighteen (18) pages in length, or they may file separate responses that together total eighteen (18) pages or less. No reply shall be filed unless requested by the Court.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of April, 2019.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk

MINUTE ORDER - 2