UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, et al.,

    Plaintiffs,

v.

REVEREND DR. MARTIN LUTHER KING, JR. COUNTY, et al.,

    Defendants.

C18-55 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion to preclude defendant King County from offering the expert testimony of James W. Borden, docket no. 67, and the deferred portions of plaintiffs' motion to exclude experts, docket no. 95, are GRANTED in part, DENIED in part, and DEFERRED in part, as follows:

    (a) As a result of untimely disclosure, lack of qualification, and unsound methodology, James W. Borden will not be permitted to opine about "human factors," "human movement," or "human performance," and plaintiffs' motion to preclude such testimony is GRANTED. *See* *Dasho v. City of Fed. Way*, 101 F. Supp. 3d 1025, 1029-30 (W.D. Wash. 2015) (summarizing the threshold requirements for expert testimony, including reliability demonstrated through sound methodology and an "analytical connection between the data, the methodology, and the expert's conclusions"); *see also* Fed. R. Evid. 702. Borden does not have the requisite training or education to provide expert testimony about matters of human behavior and psychology. The Court declines to entirely preclude King County from offering Borden's late disclosed testimony, but defers ruling on the scope of permissible testimony.

MINUTE ORDER - 1

(b) The Court is persuaded that Caroline Crump, Ph.D. has the necessary expertise to explain and express opinions about how perception is affected by expectations, priming, attention, emotional context, and/or stress, and plaintiffs' motion to exclude her as a witness is therefore DENIED. Dr. Crump will not, however, be permitted to opine about which version of events is more credible, and plaintiffs' motion to preclude her from testifying about which facts occurred is GRANTED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of May, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2