# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BAO XUYEN LE, et al.,

        Plaintiffs,

v.

REVEREND DR. MARTIN LUTHER KING, JR. COUNTY, et al.,

        Defendants.

C18-55 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The deferred portions of defendant King County's motion for summary judgment, docket no. 78, are GRANTED in part and DENIED in part, as follows.

    (a)    With respect to plaintiffs' outrage claim, King County's motion for summary judgment is GRANTED, and the outrage claim (Third Cause of Action in the Second Amended Complaint) is DISMISSED with prejudice. The Court will issue a separate order explaining its reasoning.

    (b)    King County's motion for summary judgment is otherwise DENIED. Having reviewed the entire transcript of the Rule 30(b)(6) deposition of Chief Lisa Mulligan, docket no. 175-1, the certification signed by Erin Overbey, Legal Advisor for the King County Sheriff's Office, docket no. 176, and the other materials presented by the parties, and having considered the oral arguments of counsel at the hearing on May 16, 2019, the Court CONCLUDES that genuine disputes of material fact preclude summary judgment with respect to whether King County may be held liable pursuant to *Monell v. Dep't of Soc. Servs. of N.Y.C.*, 436 U.S. 658 (1978), and its progeny. *See* Fed. R. Civ. P. 56(a).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2