UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO,<br><br>    Plaintiffs,<br><br>    v.<br><br>REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>    Defendants. | C18-55 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for reconsideration, docket no. 200, is DENIED.

(2) Pursuant to Paragraph 2 of the Minute Order entered February 13, 2019, docket no. 63, the parties are DIRECTED to file, by 9:00 a.m. on June 4, 2019, an exhibit list in table format. The parties shall also send a Word version of the exhibit list as an attachment to an email directed to zillyorders@wawd.uscourts.gov.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2019.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1