UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BAO XUYEN LE, as the court appointed Personal Representative of the estate of Tommy Le; et al.,  Plaintiffs-Appellees,  v.  CESAR MOLINA, King County Deputy Sheriff,  Defendant-Appellant,  and  MARTIN LUTHER KING JR. COUNTY,  Defendant. | No.   19-35464  D.C. No. 2:18-cv-00055-TSZ Western District of Washington, Seattle  ORDER |
| BAO XUYEN LE, as the court appointed Personal Representative of the estate of Tommy Le; et al.,  Plaintiffs-Appellees,  v.  MARTIN LUTHER KING JR. COUNTY,  Defendant-Appellant,  and  CESAR MOLINA, King County Deputy | No.   19-35465  D.C. No. 2:18-cv-00055-TSZ Western District of Washington, Seattle |

| |
|---|
| Sheriff, |
|         Defendant. |

Before: GOULD, BEA, and MURGUIA, Circuit Judges.

Appellee's motion for sanctions is GRANTED. *See* Fed. R. App. P. 38. The determination of an appropriate amount of fees and costs is referred to Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees and costs. *See* Ninth Cir. R. 39-1.9. The order is subject to reconsideration by the panel. *Id.*

**IT IS SO ORDERED.**