UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO, <br><br> Plaintiffs, <br><br> v. <br><br> REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA, <br><br> Defendants. | C18-55 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 233, plaintiffs are granted leave to again amend their pleading, and they shall electronically file their corrected Third Amended Complaint within seven (7) days of the date of this Minute Order. Any responsive pleading or motion shall be filed on or before September 10, 2020.

(2) Defendants' motion to dismiss, docket no. 229, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1