UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO, | |
|---|---|
| Plaintiffs, | C18-55 TSZ |
| v. | |
| REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA, | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 244, the Court is persuaded that a scheduling conference is unnecessary. The scheduling conference set for September 24, 2020, at 10:30 a.m., is therefore STRICKEN; however, a status conference concerning discovery and the related disputes outlined in the Joint Status Report is SET for October 15, 2020, at 10:30 a.m. Instructions for participating in the status conference via the ZoomGov.com platform will be provided by email to counsel.

(2) The Court hereby SETS the following dates and deadlines:

| **JURY TRIAL DATE (10-15 days)** | **April 19, 2021** |
|---|---|
| Discovery completion deadline | February 1, 2021 |
| Dispositive motions filing deadline | February 11, 2021 |

MINUTE ORDER - 1

| Additional motions in limine[1] filing deadline | March 18, 2021 |
|---|---|
| Agreed modified Pretrial Order[2] due | April 2, 2021 |
| Supplemental trial briefs, additional proposed voir dire questions, and additional proposed jury instructions due | April 2, 2021 |
| Pretrial Conference | April 9, 2021 at 10:00 a.m. |

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of September, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

---

[1] The motions in limine deferred by Minute Order entered May 28, 2019, docket no. 192, remain deferred to the Pretrial Conference.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov. Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the Pretrial Order, any party may use it. Notwithstanding any prior rulings of the Court, plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendant King County's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit, and defendant Molina's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant King County's last exhibit. For example, if plaintiffs' last exhibit is numbered 159, then defendant King County's exhibits shall begin with the number 200; if defendant King County's last exhibit number is 321, then defendant Molina's exhibits shall begin with the number 400.

MINUTE ORDER - 2