The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of TOMMY LE; HOAI "SUNNY" LE; and DIEU HO,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEREND DR. MARTIN LUTHER KING JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>Defendants. | No. 2:18-CV-00055-TSZ<br><br>DECLARATION OF GIRMAY ZAHILAY IN SUPPORT OF KING COUNTY'S MOTION TO QUASH AND FOR PROTECTIVE ORDER |

I, Girmay Zahilay, declare under penalty of perjury under the laws of the United States and the State of Washington that, to the best of my knowledge, the following is true and correct:

1. I am over the age of 18 years and am competent to testify as to the matters stated herein.

2. I am a member of the King County Council, representing District 2, and assumed that position on January 6, 2020.

DECLARATION OF GIRMAY ZAHILAY IN SUPPORT OF KING COUNY'S MOTION TO QUASH AND FOR PROTECTIVE ORDER - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

3. One of my responsibilities as a King County councilmember includes serving as the chair of the King County Council Law and Justice Committee.

4. On September 2, 2020, I chaired a Law and Justice Committee meeting remotely with six other King County councilmembers. One of the matters on the agenda at that meeting was a systemic review by the Office of Law Enforcement Oversight (OLEO) of the June 14, 2017, officer-involved shooting of Tommy Le.

5. At that hearing, then-OLEO Director Deborah Jacobs provided a briefing of the OLEO report, remarks were provided by members of the Le family as well as by Mr. Michael Gennaco, the author of the OLEO report and King County Sheriff Mitzi Johanknecht.

6. I, along with other King County councilmembers, asked questions of the various speakers and made comments during the committee meeting, which was recorded and videotaped. This is the usual fashion in which committee meetings are maintained during the COVID-19 pandemic.

7. The questions I asked and the comments I made at this committee meeting were done so in my capacity as a King County councilmember. I view the questions I asked about the June 14, 2017, officer-involved shooting involving Mr. Le to have been done within my legislative capacity and activities.

DECLARATION OF GIRMAY ZAHILAY IN SUPPORT OF KING COUNY'S MOTION TO QUASH AND FOR PROTECTIVE ORDER - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

8. It is my opinion that if I was subjected to a deposition for remarks I made in my capacity as a councilmember regarding legislative actions, it would have an adverse effect on legislative tasks and legislative independence.

9. I did not view my remarks made at the September 2, 2020, meeting to be made on behalf of the entire King County Council, nor did I view my remarks to be made on behalf of King County in any civil litigation arising out of the June 14, 2017, incident.

DATED this 21st day of December, 2020, at Seattle, Washington.



_____
GIRMAY ZAHILAY

DECLARATION OF GIRMAY ZAHILAY IN SUPPORT OF KING COUNY'S MOTION TO QUASH AND FOR PROTECTIVE ORDER - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819