The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEREND DR. MARTIN LUTHER KING JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>Defendants. | NO. 2:18-cv-00055-TSZ<br><br>SATISFACTION OF JUDGMENT |

On December 30, 2020, the Court of Appeals for the Ninth Circuit entered a judgment on attorneys' fees awarded on appeal, Dkt. No. 248, in the amount of $56,752.60 in favor of plaintiffs Bao Xuyen Le, as Personal Representative of the Estate of Tommy Le; Hoai "Sunny" Le; and Dieu Ho, and against the defendants. Plaintiffs hereby acknowledge that the judgment has now been fully satisfied. A copy of the check is attached hereto.

Satisfaction of Judgment - 1

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661

DATED this 12th day of January, 2021.

                               Philip A. Talmadge, WSBA #6973
                               Aaron Orheim, WSBA #47670
                               Talmadge/Fitzpatrick
                               2775 Harbor Avenue SW
                               Third Floor, Suite C
                               Seattle, WA 98126
                               (206) 574-6661

                               Philip G. Arnold, WSBA #2675
                               Jeffery M. Campiche, WSBA #7592
                               Campiche Arnold PLLC
                               1201 Third Avenue, Suite 3810
                               Seattle, WA 98101
                               (206) 281-9000

                               Attorneys for Plaintiffs

STATE OF WASHINGTON )
                               ) ss.
County of King                )

On this day personally appeared before me Philip A. Talmadge, representing the plaintiffs, and to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to before me this 12th day of January, 2021.

                               (signature of notary)

MATTHEW J ALBERS
NOTARY PUBLIC #180578
STATE OF WASHINGTON
COMMISSION EXPIRES
OCTOBER 15, 2023

                               MATTHEW J. ALBERS
                               (type or print name of notary)
                               Notary Public in and for the State of Washington
                               My appointment expires 10/15/2023

Satisfaction of Judgment - 2                                Talmadge/Fitzpatrick
                                                                    2775 Harbor Avenue SW
                                                                    Third Floor, Suite C
                                                                    Seattle, WA 98126
                                                                    (206) 574-6661

THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**King County**

Finance and Business Operations Division
Department of Executive Services
401 Fifth Avenue, M/S CNK-ES-0323
Seattle, WA 98104-1818

Payable Thru US Bank
Canby, Oregon

96-651
1232

No. 15444047

| WARRANT DATE | WARRANT NO. | WARRANT AMOUNT |
|---|---|---|
| 06-JAN-2021 | 15444047 | $56,752.60 |

PAY  Fifty-Six Thousand Seven Hundred Fifty-Two Dollars And Sixty Cents*****

TO THE ORDER OF

TALMADGE-FITZPATRICK
2775 HARBOR AVE SW FL 3 STE C
SEATTLE, WA 98126-2138    UNITED STATES

*** Not valid after one year from date of issue***

Authorized Signature

⑈15444047⑈ ⑆123206516⑆ 1532100009 20⑈

---

**King County**

Finance and Business Operations Division
Department of Executive Services
401 Fifth Avenue, M/S CNK-ES-0323
Seattle, WA. 98104-1818

Warrant No.  15444047

DATE 06-JAN-2021    VENDOR NAME TALMADGE-FITZPATRICK                    VENDOR NO.  16683

| INVOICE NUMBER | INV. DATE | DESCRIPTION | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 59880 / RMC (PAO) | 04-JAN-21 | /64443 | $0.00 | $56,752.60 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTAL    $0.00    $56,752.60



DECLARATION OF SERVICE

On said day below I electronically filed a true and accurate copy of the following document, **Satisfaction of Judgment** in Cause No. 2:18-cv-00055-TSZ, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: January 12, 2021 at Seattle, Washington.

/s/ Matt J. Albers
Matt J. Albers, Paralegal
Talmadge/Fitzpatrick