UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOIA "SUNNY" LE; and DIEU HO,<br><br>  Plaintiffs,<br><br>  v.<br><br>REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>  Defendants. | C18-55 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion, docket no. 257, for leave to amend their answers is GRANTED as follows. Within seven (7) days of the date of this Minute Order, defendant King County may electronically file an amended answer adding, with respect to plaintiffs' negligence claim, the affirmative defenses of assumption of risk and comparative negligence, and defendant Deputy Cesar Molina may electronically file an amended answer adding, with respect to plaintiffs' negligence claim, the affirmative defense of assumption of risk.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1