Judge Thomas S. Zilly
Trial Date:  04-19-21

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, as Personal
Representative of the Estate of Tommy Le;
HOAI "SUNNY" LE; and DIEU HO,

                Plaintiffs,

v.

REVEREND DR. MARTIN LUTHER
KING, JR. COUNTY; and KING
COUNTY DEPUTY SHERIFF CESAR
MOLINA,

                Defendants.

NO.  2:18-cv-00055-TSZ

**STIPULATED MOTION & *[PROPOSED]* ORDER TO MODIFY SCHEDULING ORDER TO ALLOW FOR THE TAKING OF THE DEPOSITION OF RICARDO FUENTES AFTER THE DISCOVERY COMPLETION DATE**

## **STIPULATION**

The parties to this action through their attorneys of record ask the Court to confirm and order the following stipulation:

1.     Pursuant to the September 21, 2020 scheduling order, the discovery completion deadline for this matter was February 1, 2021.

2.     Defendant King County supplemented its discovery responses, on February 18, 2021, with newly discovered evidence, namely the "*Office of Law Enforcement Oversight, King County Sheriff's Department, Officer-Involved Shooting Incident, January 14, 2017*", (KCSO Summary).

3.     The KCSO Summary was authored by Ricardo Fuentes, a former representative of the Office of Law Enforcement Oversight (OLEO).

STIP. MOT. & PROPOSED ORDER TO
MODIFY SCH. ORDER & TAKE DEPO
OF RICARDO FUENTES        **-1**
NO. 2:cv-18-00055-TSZ

**CAMPICHE ARNOLD, PLLC**
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

4.      Recognizing that the KCSO Summary is newly discovered evidence produced by Defendant King County after the discovery completion date and reserving to the Plaintiffs the future right to seek relief from the Court based on this newly discovered evidence and Defendant King County's post-discovery cut off supplement to discovery, the parties have agreed to modify the existing scheduling order to allow for the taking of the Deposition of Ricardo Fuentes.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

For the Plaintiffs

__s/ Philip G. Arnold
_____
Philip G. Arnold, WSBA No. 2675
Jeffery M. Campiche, WSBA No. 7592
Jeffery J. Kratz, WSBA No. 55785
Attorneys for the Plaintiffs
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Le family
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
Tele: 206.281.9000 Facsimile: 206.281.9111
Email: jcampiche@campichearnold.com
        parnold@campichearnold.com
        jkratz@campichearnold.com
        lrichard@campichearnold.com
        lharris@campichearnold.com
        tlane@campichearnold.com

For Defendant Deputy Cesar Molina

__s/ for Timothy R. Gosselin w/ permission __
Timothy R. Gosselin, WSBA No. 13730
Attorney for Defendant Molina
1901 Jefferson Ave., Suite 304
Tacoma, WA 98402
Tele: 253-627-0684
E-mail: tim@gosselinlawoffice.com

For Defendant King County

s/ for Daniel L. Kinerk w Permission
_____
Daniel L. Kinerk, WSBA No. 13537
Carla Carlstrom, WSBA No. 27521
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant King County
King County Prosecuting Attorney's Office,
Civil Division
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
Tele: 06-296-8820
Email: dan.kinerk@kingcounty.gov
        carla.carlstrom@kingcounty.gov
        jennifer.klein@kingcounty.gov
        rmunozcintron@kingcounty.gov

**STIP. MOT. & PROPOSED ORDER TO MODIFY SCH. ORDER & TAKE DEPO OF RICARDO FUENTES**
NO. 2:cv-18-00055-TSZ

-2-

**CAMPICHE ARNOLD, PLLC**
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

1

2

## *[PROPOSED]* ORDER

3

Pursuant to stipulation between Plaintiffs and Defendants King County and Deputy Molina, it is so ordered.

4

5

DATED February _____, 2021.

6

7

_____

8

Hon. Judge Thomas Zilly
United States District Judge

9

10

Presented by:

11

s/ Philip G. Arnold

Philip G. Arnold, WSBA No. 2675

12

Attorneys for the Plaintiffs
CAMPICHE ARNOLD PLLC

13

Attorneys for Plaintiffs Le family
111 Queen Anne Avenue N., Suite 510

14

Seattle, WA 98109
Tele: 206.281.9000 Facsimile:  206.281.9111

15

Email addresses: jcampiche@campichearnold.com
                           parnold@campichearnold.com
                           jkratz@campichearnold.com

16

                           lrichard@campichearnold.com
                           lharris@campichearnold.com

17

                           tlane@campichearnold.com

18

### CERTIFICATE OF SERVICE

19

I certify under penalty of perjury under the laws of Washington state and the United States that

20

I caused this pleading to be served on the persons listed below in the manner shown.

21

Filed ECF and Word copy to Judge's Orders Mailbox

22

Dated February _22nd, 2021.

23

By: *s/Leslie S. Harris, Paralegal*

**STIP. MOT. & PROPOSED ORDER TO**
**MODIFY SCH. ORDER & TAKE DEPO**
**OF RICARDO FUENTES**                                    **-3**
NO. 2:cv-18-00055-TSZ

**CAMPICHE ARNOLD, PLLC**
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111