Judge Thomas S. Zilly
Trial Date: 04-19-21

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO,

Plaintiffs,

v.

REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,

Defendants.

NO. 2:18-cv-00055-TSZ

**STIPULATED MOTION & ORDER TO MODIFY SCHEDULING ORDER TO ALLOW FOR THE TAKING OF THE DEPOSITION OF RICARDO FUENTES AFTER THE DISCOVERY COMPLETION DATE**

**STIPULATION**

The parties to this action through their attorneys of record ask the Court to confirm and order the following stipulation:

1. Pursuant to the September 21, 2020 scheduling order, the discovery completion deadline for this matter was February 1, 2021.

2. Defendant King County supplemented its discovery responses, on February 18, 2021, with newly discovered evidence, namely the "*Office of Law Enforcement Oversight, King County Sheriff's Department, Officer-Involved Shooting Incident, January 14, 2017*", (KCSO Summary).

3. The KCSO Summary was authored by Ricardo Fuentes, a former representative of the Office of Law Enforcement Oversight (OLEO).

| | |
|---|---|
| **STIP. MOT. & ORDER TO MODIFY SCH. ORDER - 1**<br>NO. 2:cv-18-00055-TSZ | **CAMPICHE ARNOLD, PLLC**<br>111 Queen Anne Avenue N., Suite 510<br>Seattle, WA 98109<br>TEL: (206) 281-9000<br>FAX: (206) 281-9111 |

4. Recognizing that the KCSO Summary is newly discovered evidence produced by Defendant King County after the discovery completion date and reserving to the Plaintiffs the future right to seek relief from the Court based on this newly discovered evidence and Defendant King County's post-discovery cut off supplement to discovery, the parties have agreed to modify the existing scheduling order to allow for the taking of the Deposition of Ricardo Fuentes.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| For the Plaintiffs | For Defendant King County |
|---|---|
| s/ Philip G. Arnold | s/ for Daniel L. Kinerk w Permission |
| Philip G. Arnold, WSBA No. 2675 | Daniel L. Kinerk, WSBA No. 13537 |
| Jeffery M. Campiche, WSBA No. 7592 | Carla Carlstrom, WSBA No. 27521 |
| Jeffrey J. Kratz, WSBA No. 55785 | Senior Deputy Prosecuting Attorneys |
| Attorneys for the Plaintiffs | Attorneys for Defendant King County |
| CAMPICHE ARNOLD PLLC | King County Prosecuting Attorney's Office, Civil Division |
| Attorneys for Plaintiffs Le family | |
| 111 Queen Anne Avenue N., Suite 510 | 500 Fourth Avenue, Suite 900 |
| Seattle, WA 98109 | Seattle, Washington 98104 |
| Tele: 206.281.9000 Facsimile: 206.281.9111 | Tele: 06-296-8820 |
| Email: jcampiche@campichearnold.com | Email: dan.kinerk@kingcounty.gov |
| parnold@campichearnold.com | carla.carlstrom@kingcounty.gov |
| jkratz@campichearnold.com | jennifer.klein@kingcounty.gov |
| lrichard@campichearnold.com | rmunozcintron@kingcounty.gov |
| lharris@campichearnold.com | |
| tlane@campichearnold.com | |

For Defendant Deputy Cesar Molina

s/ for Timothy R. Gosselin w/ permission
Timothy R. Gosselin, WSBA No. 13730
Attorney for Defendant Molina
1901 Jefferson Ave., Suite 304
Tacoma, WA 98402
Tele: 253-627-0684
E-mail: tim@gosselinlawoffice.com

STIP. MOT. & ORDER TO MODIFY SCH. ORDER - 2
NO. 2:cv-18-00055-TSZ

CAMPICHE ARNOLD, PLLC
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

**ORDER**

Pursuant to stipulation between Plaintiffs and Defendants King County and Deputy Molina, it is so ordered.

DATED this 23rd day of February, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ Philip G. Arnold
Philip G. Arnold, WSBA No. 2675
Attorneys for the Plaintiffs
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Le family
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
Tele: 206.281.9000 Facsimile: 206.281.9111
Email addresses: jcampiche@campichearnold.com
parnold@campichearnold.com
jkratz@campichearnold.com
lrichard@campichearnold.com
lharris@campichearnold.com
tlane@campichearnold.com

**STIP. MOT. & ORDER TO MODIFY SCH. ORDER - 3**
NO. 2:cv-18-00055-TSZ

**CAMPICHE ARNOLD, PLLC**
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111