

**CAMPICHE ARNOLD**
PLLC
Trial Attorneys

campichearnold.com

111 Queen Anne Ave N
Suite 510
Seattle, WA 98109

ph 206.281.9000
fax 206.281.9111

**Leslie S. Harris**
**Paralegal**
lharris@campichearnold.com
tlane@campichearnold.com

March 19, 2021

*Via Messenger*

The Hon. Thomas S. Zilly
c/o Clerk of the Court
700 Stewart Street
Seattle, WA 98101-9906

Re:  Le family v. King County & Molina, Cesar
2:cv-18-00055TSZ, CourtZoom Trial: 04-19-21
Pltfs' Supp. Motions *in Limine*, Electronic Files
Dkt. 294-1(A) and 294-8(H)

Judge Zilly:

Find attached a DVD (also being messengered and sent to defendants' counsel) with the audio files of the 911 calls from witnesses Hernandez and Schwiethale. These files were part of discovery.

Cordially,

*[signature]*

Leslie S. Harris

cc:   Attorneys Daniel Kinerk, Carla Carlstrom and Timothy Gosselin
      w/ copies of DVDs.

