The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of TOMMY LE; HOAI "SUNNY" LE; and DIEU HO,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEREND DR. MARTIN LUTHER KING JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>Defendants. | No. 2:18-CV-00055-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DEPUTY SHERIFF CESAR MOLINA ONLY |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and defendants, parties to the above-entitled action, that the same be dismissed with prejudice as to defendant KING COUNTY DEPUTY SHERIFF CESAR MOLINA *only*, without costs or attorney's fees. King County remains as named defendant in this lawsuit.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  DATED this 22nd day of March, 2021 at Seattle, Washington.

2

3  By:  /s Timothy Gosselin
Timothy Gosselin, WSBA #13730
4  Gosselin Law Office, PLLC
1901 Jefferson Avenue, Suite 304
5  Tacoma, WA 98402
Email: tim@gosselinlawoffice.com

6

7  By: /s Philip G. Arnold
Philip G. Arnold, WSBA #2675
Jeffrey M. Campiche, WSBA#7952
8  CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Le
9  1201 Third Avenue, Suite 3810
Seattle, WA 98101
10  Tele: 206.281.9000 Facsimile:  206.281.9111
Emails: parnold@campichearnold.com
11       jcampiche@campichearnold.com

12

13  By:  /s Daniel L. Kinerk
Daniel L. Kinerk, WSBA #13537
14  Carla Carlstrom, WSBA #27521
Senior Deputy Prosecuting Attorneys
15  King County Prosecuting Attorney's Office
500 Fourth Avenue, Suite 900
16  Seattle, WA 98104
Emails:  dan.kinerk@kingcounty.gov
17       carla.carlstrom@kingcounty.gov

18

19  //

20  //

21  //

22  //

23  //

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED and DECREED that Defendant King County Deputy Sheriff Cesar Molina is hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DONE IN OPEN COURT this ____ day of _____, 2021.

_____
The Honorable Thomas Samuel Zilly
Senior United States District Judge

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819