Judge Thomas S. Zilly
Trial Date: 04-19-20

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO, <br><br> Plaintiffs, <br><br> v. <br><br> REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA, <br><br> Defendants. | NO.  2:18-cv-00055-TSZ <br><br> **NOTICE OF SETTLEMENT** |

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal (Agreement).

Accordingly, Plaintiffs respectfully request that the Court vacate all deadlines as set forth in the Court's previous minute orders.

---

**NOTICE OF SETTLEMENT**    -1
NO. 2:cv-18-00055-TSZ

**CAMPICHE ARNOLD, PLLC**
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

DATED March 23, 2021, 2021.

By: *s/ Philip G. Arnold*
Jeffery M. Campiche, WSBA No. 7592
Philip G. Arnold, WSBA No. 2675
Jeffrey J. Kratz, WSBA No. 55785
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Le family
111 Queen Anne Avenue N., Suite 510
Seattle, WA 98109
Tele: 206.281.9000 Facsimile: 206.281.9111
Email addresses:
jcampiche@campichearnold.com
parnold@campichearnold.com
jkratz@campichearnold.com
lrichard@campichearnold.com
lharris@campichearnold.com
tlane@campichearnold.com

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of Washington state and the United States that I caused this pleading to be served by filing via ECF.

And Via E-mail to:

Daniel Kinerk
Carla Carlstrom
Senior Deputy Prosecuting Attorneys
King County Prosecuting Attorney's Office
500 Fourth Avenue, Suite 900
Seattle, WA 98104
Emails: dan.kinerk@kingcounty.gov
   carla.carlstrom@kingcounty.gov
   jennifer.klein@kingcounty.gov
   rmunozcintron@kingcounty.gov

Timothy Gosselin
Gosselin Law Office, PLLC
1901 Jefferson Avenue, Suite 304
Tacoma, WA 98402
Email: tim@gosselinlawoffice.com

Dated March 23, 2021.

By:  *s/ Leslie S. Harris, Paralegal*

NOTICE OF SETTLEMENT   -3   **CAMPICHE ARNOLD, PLLC**
NO. 2:cv-18-00055-TSZ    111 Queen Anne Avenue N., Suite 510
    Seattle, WA 98109
    TEL: (206) 281-9000
    FAX: (206) 281-9111