The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of TOMMY LE; HOAI "SUNNY" LE; and DIEU HO,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEREND DR. MARTIN LUTHER KING JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA,<br><br>Defendants. | No. 2:18-CV-00055-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DEPUTY SHERIFF CESAR MOLINA ONLY |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and defendants, parties to the above-entitled action, that the same be dismissed with prejudice as to defendant KING COUNTY DEPUTY SHERIFF CESAR MOLINA *only*, without costs or attorney's fees. King County remains as named defendant in this lawsuit.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  DATED this 22nd day of March, 2021 at Seattle, Washington.

2

3  By: _/s Timothy Gosselin_
   Timothy Gosselin, WSBA #13730
   Gosselin Law Office, PLLC
4  1901 Jefferson Avenue, Suite 304
   Tacoma, WA 98402
5  Email: tim@gosselinlawoffice.com

6
   By: _/s Philip G. Arnold_
7  Philip G. Arnold, WSBA #2675
   Jeffrey M. Campiche, WSBA#7952
8  CAMPICHE ARNOLD PLLC
   Attorneys for Plaintiffs Le
9  1201 Third Avenue, Suite 3810
   Seattle, WA 98101
10 Tele: 206.281.9000 Facsimile:  206.281.9111
   Emails: parnold@campichearnold.com
11          jcampiche@campichearnold.com

12

13 By: _/s Daniel L. Kinerk_
   Daniel L. Kinerk, WSBA #13537
14 Carla Carlstrom, WSBA #27521
   Senior Deputy Prosecuting Attorneys
15 King County Prosecuting Attorney's Office
   500 Fourth Avenue, Suite 900
16 Seattle, WA 98104
   Emails:  dan.kinerk@kingcounty.gov
17          carla.carlstrom@kingcounty.gov

18

19 //

20 //

21 //

22 //

23 //

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

# ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby, ORDERED, ADJUDGED and DECREED that Defendant King County Deputy Sheriff Cesar Molina is hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DATED this 26th day of March, 2021.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT DEPUTY SHERIFF CESAR
MOLINA ONLY (2:18-cv-00055-TSZ) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819