UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO XUYEN LE, as Personal Representative of the Estate of Tommy Le; HOAI "SUNNY" LE; and DIEU HO,<br><br>Plaintiffs,<br><br>v.<br><br>REVEREND DR. MARTIN LUTHER KING, JR. COUNTY; and KING COUNTY DEPUTY SHERIFF CESAR MOLINA<br><br>Defendants. | C18-55 TSZ<br><br>ORDER |

Counsel having advised the Court during a status conference conducted via the ZoomGov platform on March 26, 2021, that plaintiffs' claims against defendant Reverend Dr. Martin Luther King, Jr. County ("King County") have been resolved, *see also* Notice of Settlement (docket no. 298), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that plaintiffs' claims against King County and this case are DISMISSED with prejudice and without costs. The trial date of April 19, 2021, all related dates and deadlines, and all pending motions are STRICKEN. In the event that settlement is not perfected, plaintiffs and/or King County may move to

ORDER - 1

reopen and trial will be scheduled as to plaintiffs' claims against King County, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 26th day of March, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 2